# EXHIBIT 2

| US8117706 | |
|---|---|
| **Assignee:** | Nippon Seal, Co., Ltd. |
| **Title:** | Manual cleaning instrument |
| **Filing Date:** | 2009-03-03 |
| **Publication Date:** | 2012-02-21 |
| **Inventor:** | Sato, Tsutomu |
| **Earliest Priority:** | 2008-03-04 JP 2008-052843 |
| **Fee Status:** | 2019-08-21 Payment of Maintenance Fee, 8th Yr, Small Entity. |
| **Legal Status (PAIR):** | Patented Case |



Accused Product: FUR DADDY

| 1. A manual cleaning instrument comprising: | FUR DADDY |
|---|---|
| a base which has an internal space and<br><br>which is provided with an introduction port for taking in dust by the communication of said internal space with the outside at the lower part, and<br><br>also provided with a discharge port for discharging dust by the communication of the internal space with the outside at the upper part, and moreover<br><br>in which said discharge port is provided with a lid; | |

| | |
|---|---|
| a hollow dust trapping body which is held inside the internal space of the base so as to be able to revolve in a front-to-rear direction, and<br><br>which is provided with a dust collection opening at the top; and |  |
| a front dust removal body and a rear dust removal body which are held in the base in positions to the front and rear of the dust trapping body, and<br><br>which are constantly urged so that the dust removal faces thereof abut the dust trapping body, and<br><br>the dust trapping body has an outer peripheral face which is arcuate in cross section with the axis of revolution at the center, and<br><br>part of said outer peripheral face is exposed from the introduction port, and also<br><br>a protrusion which protrudes radially outward and divides the outer peripheral face into two regions, namely a front region and a rear region, is provided in the center of the peripheral length of the outer peripheral face; | <br> |
| a front dust trapping brush comprising an inclined pile whereof the tip ends are directed toward the front edge of the dust collection opening of the dust trapping body is provided in the front region; |  |
| a rear dust trapping brush comprising an inclined pile whereof the tip ends are directed toward the rear edge of the dust collection opening of the dust trapping body is provided in the rear region; |  |

| | |
|---|---|
| the dust removal faces of each of the front dust removal body and the rear dust removal body face the front region and the rear region, respectively; |  |
| a front dust removal brush comprising an inclined pile whereof the tip ends are directed toward the front edge of the dust collection opening of the dust trapping body is provided on the dust removal face of the front dust removal body; |  |
| a rear dust removal brush comprising an inclined pile whereof the tip ends are directed toward the rear edge of the dust collection opening of the dust trapping body is provided on the dust removal face of the rear dust removal body; |  |
| a handle which extends rearward is provided in the center in the direction perpendicular to the axis of revolution of the base; and |  |
| a buffer member with which the edge of the dust collection opening of the dust trapping body in the direction of revolution comes into contact when the dust trapping body has revolved a prescribed angle is provided in the base,<br><br>wherein the buffer member provides a means to stop revolution of the dust trapping body and<br><br>wherein the protrusion is positioned a distance away from the front dust removal body and the rear dust removal body when the buffer member stops the dust trapping body. |  |

3

| | |
|---|---|
| 2. The manual cleaning instrument as claimed in claim 1,<br><br>    wherein the front edge of the lid is pivotably supported at the front edge of the discharge port, and<br><br>    a tongue piece which extends from the rear edge of the lid latches onto an engaging part provided on the handle. |  |