Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:     908.654.5000
*Attorneys for Plaintiff Word Ape, LLC d/b/a ChomChom Roller*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WORD APE, LLC d/b/a CHOMCHOM ROLLER, | : | **Document Filed Electronically** |
| | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | |
| | : | |
| ONTEL PRODUCTS CORPORATION and LING | : | |
| FUN TRADING, LTD. | : | |
| | : | |
| Defendants. | : | |
| | x | |

## RULE 7.1 DISCLOSURE STATEMENT OF WORD APE, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Word Ape, LLC d/b/a ChomChom Roller certifies that Word Ape, LLC d/b/a ChomChom Roller is a privately held company without parent corporations and that no corporation owns 10% or more of its stock.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Word*
*Ape, LLC d/b/a ChomChom Roller*

Dated:_____July 30, 2021_____          By:___s/  Aaron S. Eckenthal_____
                                                     Aaron S. Eckenthal
                                                     Tel:     908.654.5000
                                                     E-mail:aeckenthal@lernerdavid.com
                                                          litigation@lernerdavid.com

**OF COUNSEL:**
Lance G. Johnson (*pro hac vice forthcoming*)
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, VA 22030
Tel: 202.445.2000
E-mail: Docketing@lgjlegal.com