## **CERTIFICATE OF SERVICE**

      I hereby certify that all parties who are deemed to have consented to electronic service are being served this 14th day of October, 2021, with a copy of the foregoing document via the Court's CM/ECF system.

Date: October 14, 2021

                                                */s/ Peter E. Doyle*
                                                Peter E. Doyle