Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:    908.654.5000

*Attorneys for Plaintiff Word Ape, LLC d/b/a ChomChom Roller*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WORD APE, LLC d/b/a CHOMCHOM ROLLER, | : | **Document Filed Electronically** |
| | : | |
| | : | Civil Action No. 21-14431-MCA-MAH |
| Plaintiff, | : | |
| v. | : | Madeline Cox Arleo, U.S.D.J. |
| | : | Michael A. Hammer, U.S.M.J. |
| ONTEL PRODUCTS CORPORATION and LING FUN TRADING, LTD., | : | |
| Defendants. | x | |

**PLAINTIFF'S NOTICE OF MOTION TO
DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS**

PLEASE TAKE NOTICE THAT on December 6, 2021, at 10:30 a.m., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, or as soon thereafter as counsel may be heard, Plaintiff Word Ape, LLC d/b/a ChomChom Roller ("ChomChom"), through its attorneys, will move before The Honorable Madeline Cox Arleo, for an order, pursuant to Fed. R. Civ. P, 12(b)(6), to dismiss the three counterclaims: (1) tortious interference with contract; (2) tortious interference with prospective economic benefit; and (3) unjust enrichment, which were filed on September 23, 2021.  (ECF No. 16, at 13-16.)  Support

2

for ChomChom's motion is included within its accompanying memorandum in support of its motion.

                                      Respectfully submitted,

                                      LERNER, DAVID, LITTENBERG,
                                        KRUMHOLZ & MENTLIK, LLP
                                    *Attorneys for Plaintiff Word Ape,*
                                      *LLC d/b/a ChomChom Roller*

Dated: October 28, 2021         By:   s/ Aaron S. Eckenthal
                                      Aaron S. Eckenthal
                                      Tel:   908.654.5000
                                      E-mail:aeckenthal@lernerdavid.com
                                              litigation@lernerdavid.com

**OF COUNSEL**
Lance G. Johnson
(Admitted *pro hac vice*)
JOHNSON LEGAL PLLC
12545 White Drive
Fairfax, VA 22030
Tel:   202.445.2000
E-mail:Docketing@lgjlegal.com

2