## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WORD APE, LLC d/b/a CHOMCHOM ROLLER, | : | **Document Filed Electronically** |
| | : | |
| Plaintiff, | : | Civil Action No. 21-14431-MCA-MAH |
| v. | : | |
| | : | Madeline Cox Arleo, U.S.D.J. |
| ONTEL PRODUCTS CORPORATION and LING FUN TRADING, LTD., | : | Michael A. Hammer, U.S.M.J. |
| | : | |
| Defendants. | x | |

### [Proposed] ORDER FOR MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS

THIS MATTER having come before the Court on the application of Plaintiff Word Ape, LLC d/b/a ChomChom Roller ("Plaintiff") by and through its attorney of record herein, seeking entry of an Order, pursuant to Fed. R. Civ. P, 12(b)(6), to dismiss the three Amended Counterclaims (ECF No. 16, at 13-16); and it appearing that:

The Court having considered all papers submitted in support of and in opposition to this motion, and having heard the arguments of counsel, if any, and for good cause shown;

It is hereby ORDERED that Plaintiff's motion is GRANTED.

**SO ORDERED:**

Dated:_____     _____
    Newark, New Jersey                  Madeline Cox Arleo, U.S.D.J.