## CERTIFICATE OF SERVICE

I hereby certify that the following documents:

    1.  PLAINTIFF'S NOTICE OF MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS;

    2.  BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS; and

    3.  [Proposed] ORDER FOR MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS,

have been filed electronically and are available for viewing and downloading from the ECF System, and are being served upon all counsel of record via ECF transmission in accordance with the Electronic Filing System of the Court, this 28th day of October, 2021.

                                                s/ Aaron S. Eckenthal
                                                Aaron S. Eckenthal

**Document Filed Electronically**
WORDAP 6.1-001
Civil Action No. 21-14431