## CERTIFICATE OF SERVICE

I hereby certify that the within REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' FIRST, SECOND, AND THIRD COUNTERCLAIMS, has been filed electronically and is available for viewing and downloading from the ECF System, and is being served upon counsel as indicated on the Court's Electronic Case Filing System this 29th day of November, 2021.

                                                  s/ Aaron S. Eckenthal
                                                  Aaron S. Eckenthal

**Document Filed Electronically**
WORDAP 6.1-001
Civil Action No. 21-14431-MCA-MAH

7081678_1.docx